598

437 A.2d 1023

Ruby, et al. v. Hercules Service, Corp., et al., Appellants.

Argued November 13, 1980.   R. Kenneth William, for appellants;  John M. Means, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

437 A.2d 1023

Woratyla v. Woratyla, Appellant.

Argued April 22, 1981.   Joel S. Luber, for appellant;  Pasco L. Schiavo, for appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Orders affirmed.